# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GERRON PARKS, | |
| Plaintiff, | Case No. 1:21-cv-01395 |
| v. | |
| HARPETH FINANCIAL SERVICES, LLC d/b/a ADVANCE FINANCIAL, | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, GERRON PARKS, and the Defendant, HARPETH FINANCIAL SERVICES, LLC d/b/a ADVANCE FINANCIAL, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: May 14, 2021

Respectfully Submitted,

GERRON PARKS

HARPETH FINANCIAL SERVICES, LLC
d/b/a ADVANCE FINANCIAL

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com

*/s/ James J. Morrissey*
Anna-Katrina S. Christakis
James J. Morrissey
Pilgrim Christakis LLP
321 North Clark Street, 26th Floor
Chicago, Illinois 60654
Ph.: (312) 280-0441
Fax: (312) 939-0983
kchristakis@pilgrimchristakis.com
jmorrissey@pilgrimchristakis.com